IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLE BROWN ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-2292 |
| MORAN FOODS, INC., d/b/a, | : | |
| SAV-A-LOT, LTD., ET AL. | : | |

## ORDER

**AND NOW**, this   18th   day of   January  , 2012, upon consideration of Plaintiffs' Motion for New Trial and Motion for Remand (ECF No. 45), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **DENIED.**

    **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**